IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARP ELECTRONICS CORP.<br>1300 Naperville Dr.<br>Romeoville, IL 60446<br><br>                        Plaintiff<br><br>    v.<br><br>BIGSTON CORPORATION USA; and<br>BIGSTON CORPORATION<br>1590 Touhy Avenue<br>Elk Grove, IL 60007<br><br>                        Defendants | :<br>:<br>:  CIVIL ACTION NO.: 08 C 3348<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Sharp Electronics Corp., by and through its attorneys, Fisher Kanaris, P.C. and hereby dismisses its cause of action against Bigston Corporation USA and Bigston Corporation pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice.

                                            Respectfully submitted,

                                            FISHER KANARIS, P.C.

**BY:**    s/ Lindsay E. Dansdill
            JOHN R. SCHLEITER
            LINDSAY E. DANSDILL
            ATTORNEYS FOR PLAINTIFF
            FISHER KANARIS, P.C.
            200 South Wacker Drive, 22nd Floor
            Chicago, Illinois 60606
            Telephone (312) 474-1400
            Fax (312) 474-1410

            KENNETH T. LEVINE
            OF COUNSEL ATTY. FOR PLAINTIFF
            NELSON, LEVINE, de LUCA & HORST
            Four Sentry Parkway, Suite 300
            Blue Bell, PA 19422

Dated: June 24, 2008
E:\08-1542\Pleadings\Voluntary Dismissal.doc

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which was served certified mail to:

Masaru Funai
Registered Agent for Bigston Corporation
203 North LaSalle Street
Suite 2500
Chicago, IL 60601


SHARP ELECTRONICS CORP.


By:   s/Lindsay E. Dansdill
      FISHER KANARIS, P.C.
      200 South Wacker Drive
      22nd Floor
      Chicago, Illinois 60606
      312-474-1400
      312-474-1410 (fax)
Email:   ldansdill@fisherkanaris.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARP ELECTRONICS CORP.<br>1300 Naperville Dr.<br>Romeoville, IL 60446<br><br>              Plaintiff<br><br>      v.<br><br>BIGSTON CORPORATION USA; and<br>BIGSTON CORPORATION<br>1590 Touhy Avenue<br>Elk Grove, IL 60007<br><br>              Defendants | :<br>:<br>: CIVIL ACTION NO.: 08 C 3348<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on the 24th day of June, 2008, we filed Plaintiff, Sharp Electronics Corp.'s Notice of Voluntary Dismissal of this matter to the United States District Court for the Northern District of Illinois, Eastern Division, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

*Respectfully submitted,*
FISHER KANARIS, P.C.

BY:   s/ Lindsay E. Dansdill
JOHN R. SCHLEITER
LINDSAY E. DANSDILL
ATTORNEYS FOR PLAINTIFF
FISHER KANARIS, P.C.
200 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
Telephone (312) 474-1400
Fax (312) 474-1410

KENNETH T. LEVINE
OF COUNSEL ATTY. FOR PLAINTIFF
NELSON, LEVINE, de LUCA & HORST
Four Sentry Parkway, Suite 300
Blue Bell, PA 19422

Dated: June 24, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on June 24, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which was served certified mail to:

Masaru Funai
Registered Agent for Bigston Corporation
203 North LaSalle Street
Suite 2500
Chicago, IL 60601

                SHARP ELECTRONICS CORP.


By:    s/Lindsay E. Dansdill
          FISHER KANARIS, P.C.
          200 South Wacker Drive
          22nd Floor
          Chicago, Illinois 60606
          312-474-1400
          312-474-1410 (fax)
Email:  ldansdill@fisherkanaris.com